FILED: March 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1234

(1:14-cv-04048-RDB)

_____

SHAWN BELL

        Plaintiff - Appellant

v.

MARYLAND TRANSPORATION AUTHORITY POLICE; CHIEF COLONEL KUNDRAT; CAPTAIN R. THORNE

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:14-cv-04048-RDB |
| Date notice of appeal filed in originating court: | 03/03/2015 |
| Appellant (s) | Shawn Bell |
| Appellate Case Number | 15-1234 |
| Case Manager | Brian Bain<br>804-916-2736 |